# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 2000-722 |
| ) | |
| JUAN MOTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

COMES NOW, the United States of America, by and through Paul A. Murphy, Acting United States Attorney for the District of the Virgin Islands, requests that this Honorable Court issue a writ of habeas corpus ad prosequendum for JUAN MOTA, and respectfully represents:

1. That JUAN MOTA is a defendant in the above-captioned case.

2. That JUAN MOTA is currently being held in the custody of the Warden at the BEAUMONT FEDERAL CORRECTIONAL COMPLEX in BEAUMONT, TEXAS.

3. That JUAN MOTA must be present at his evidentiary hearing in the District Court of the Virgin Islands, Division of St. Thomas and St. John, on Monday, March 23, 2009, at 9:00 a.m. before Chief Judge Curtis V. Gomez.

THEREFORE, the United States of America prays that a writ ad prosequendum be issued forthwith directing the United States Marshal for the District of the Virgin Islands and the Warden at the BEAUMONT FEDERAL CORRECTIONAL COMPLEX in BEAUMONT, TEXAS, to produce JUAN MOTA in the District Court of the Virgin Islands, Division of St. St. Thomas and St. John, for his evidentiary hearing on Monday, March 23, 2009, at 9:00 a.m., in the above-captioned case.

U. S. v. Juan Mota
Writ - Habeas Corpus Ad Prosequendum
Page 2

After the evidentiary hearing, the United States Marshal for the District of the Virgin Islands, or his deputy, shall forthwith return JUAN MOTA to the custody of the Warden at the BEAUMONT FEDERAL CORRECTIONAL COMPLEX in BEAUMONT, TEXAS.

Dated: February 25, 2009

Respectfully submitted,

PAUL A. MURPHY
ACTING UNITED STATES ATTORNEY

By:/s/ St. Clair Theodore
    St. Clair Theodore
    Assistant United States Attorney