IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2000-722 |
| vs. ) | |
| JUAN MOTA, ) | |
| Defendant. ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

COMES NOW, Paul A. Murphy, United States Attorney for the District of the Virgin Islands by and through undersigned counsel, and respectfully requests that this Honorable Court issue a writ of habeas corpus ad prosequendum for JUAN MOTA, and respectfully represents:

1. That JUAN MOTA is the defendant in the above-captioned case.

2. That JUAN MOTA is currently being held in the custody of the Warden at the BEAUMONT FEDERAL CORRECTIONAL COMPLEX in BEAUMONT, TEXAS.

3. That JUAN MOTA needs to be presented at his evidentiary hearing in the District Court of the Virgin Islands, Division of St. Thomas and St. John, Tuesday, March 17, 2009 at 10:00 a.m. before Chief Judg Curtis V. Gomez.

After the evidentiary hearing, the United States Marshal for the District of the Virgin Islands, or his deputy, shall forthwith return JUAN MOTA to the custody of the Warden at the BEAUMONT FEDERAL CORRECTIONAL COMPLEX in BEAUMONT, TEXAS.

U.S. v. Juan Mota, Cr. No. 2000-722
Petition for Writ of Habeas Corpus Ad Prosequendum
Page 2

      THEREFORE, the United States of America prays that a writ ad prosequendum be issued forthwith directing the United States Marshal for the District of the Virgin Islands and the Warden at the BEAUMONT FEDERAL CORRECTIONAL COMPLEX in BEAUMONT, TEXAS, to produce JUAN MOTA in the District Court of the Virgin Islands, Division of St. Thomas and St. John, for his evidentiary hearing on Tuesday, March 17, 2009 at 10:00 a.m., in the above-captioned case.

      Respectfully Submitted,

      PAUL A. MURPHY
      ACTING UNITED STATES ATTORNEY

Dated: March 5, 2009    By:  /s/St. Clair Theodore
      St. Clair Theodore
      Assistant United States Attorney